# Inmate Discovery Receipt

| Inmate Name: Last, First, MI | Federal Case No: | Number of CDs/DVDs: |
|---|---|---|
| Defense Attorney's Name:<br><br>State Bar No: | Business Address: | Phone:<br><br>Fax: |

**If you are bringing electronic discovery into the institution to view with your client, you may NOT leave the material with the inmate. If you wish for your client to maintain a copy of the electronic discovery in his/her possession, you must send it through the mail following the below instructions.**

**Package Requirements:**

- You may only send in CDs containing discovery received from the US Attorney's Office.
- The original of this form must be included in the package to be mailed to the facility. If sending multiple packages, each package containing electronic discovery material must contain a copy of this form.
- The envelope containing the material must be clearly marked with the attorney's name (including language that identifies that person as an attorney), the inmate's name, register number, and address, and the following statement: "LEGAL MAIL".

Attorney Certification of Discovery Material:

I,_____, hereby declare that the items contained in this package consist solely of my client's (or defendant's) discovery material. I understand that any unauthorized material contained in this package will result in the entire package being returned undelivered. I also certify that all of the information contained on this form is true and correct to the best of my knowledge.

_____
Attorney's Signature                Date

**Detention Facility Use:**

Please confirm receipt of the enclosed material by sending an email to ilcclientdiscovery@fd.org. In your email please confirm the number of CDs/DVDs received. Upon confirmation from defense counsel that the discovery material can be returned to the United States Attorney's Office, please fill out this form and return the form and CDs/DVDs in the enclosed, pre-addressed, postage paid envelope.

I _____ am returning the following number of CDs/DVDs received in this case file _____.

_____
Signature

# <u>Rules Governing Use of Electronic Storage Media to View Legal Materials</u>

You are **<u>not</u>** permitted to leave the computer room without returning all media to the Facility representative.

Media will be powered up when given to you, and powered down when they are returned.

Other inmates are not permitted to be gathered around the computer while you are using it.

You may **<u>not</u>** save information to any storage media to include CDs, DVDs, floppy disks, USB devices or hard drives, **<u>nor may you print anything</u>**. Any notes taken by you are subject to inspection and confiscation by facility staff.

**I understand that if I do not abide by these rules, I may lose my access to the computer system to view my legal materials on electronic storage media.**

_____        _____
Signature                                          Date

# ELECTRONIC DISCOVERY VIEWING LOG

Legal data on electronic storage media (CDs or DVDs only) may be accepted by the institution only if it is mailed from the inmate's official legal representative or the U.S Attorney's Office. Once received, the Jail Staff will ensure the media is examined in order to verify it contains only legitimate legal documentation. Inmates are not permitted to maintain or transport the electronic removable storage media. The tracking log (below) **must** be used to track all material given to and returned by the inmate. Inmates **must** return all media to the issuing staff member prior to leaving the computer room. Each inmate needing access to the computer system must make an official request using the subject of Inmate Legal Discovery.

Staff will have the inmate read and sign the Rules Governing Use of Electronic Storage Media to View Legal materials. This form will be kept with the log and computer discovery disc(s). **Facility staff MUST power on the computer prior to each session and power down the computer prior to the computer being used for any other inmate (instructions on back).** Any inmates with computer access issues shall report the issue to the assigned staff member.

Facility staff will determine the hours when an inmate can review the legal material using the computer.

| INMATE | DATE | Computer Number | DISC # | START TIME | RETURN TIME | DEPUTY ID # | ALL Disks Returned (deputy signature required) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## DETAINEE INFORMATION

Inmate Name: (Last, First, MI)

BOP Register No:

Federal Case No:

## DISCOVERY INFORMATION

Number of CDs/DVDs:

Total # of Disks

Please include a separate copy of this form with each transmittal.

## ATTORNEY INFORMATION

Requesting Attorney's Name:

Business Address:

Phone Number:

State Bar No.:

Fax Number:

**If you are bringing the electronic discovery into the institution to view with your client, you may NOT leave the material with the inmate. If you wish for your client to maintain a copy of the electronic discovery in his/her possession, you must send it through the mail following the below instructions.**

**Package Requirements:**
- All media must be clearly labeled as "Legal" with inmate's name, register number, or case number.
- All media should be numbered (e.g., 1 of 10, 2 of 1 0)
- You may only send in CDs that bear the USAO's label, i.e., no handwritten labels.
- Personal CD players, cassette players, MP3s, IPODS, etc., are not permitted.
- If material has not been pre-authorized, it will be rejected and returned to sender.
- The original form must be included in the package to be mailed to the facility. If sending multiple packages, each package containing electronic discovery material must contain a copy of this form.
- The envelope containing the material must be clearly marked with the attorney's name (including language that identifies that person as an attorney), the inmate's name, register number, and address, and the following statement: "LEGAL MAIL "

## ATTORNEY CERTIFICATION OF DISCOVERY MATERIAL

I, _____, hereby declare that the items contained in this package consist solely of my client's discovery material. I understand that any unauthorized material contained in this package will result in the entire package being returned undelivered. I also certify that all of the information contained on this form is true and correct to the best of my knowledge.

_____   _____   _____
Attorney's Signature            Date            Jail Custodian

## DETENTION FACILITY USE

Please confirm receipt of the enclosed material by sending an e-mail to ilcclientdiscovery@fd.org. In your e-mail please confirm the number of CDs/DVDs received. Upon confirmation from defense counsel that the discovery material can be returned to the United States Attorney's Office, please complete this portion of the form and return with the CDs/DVDs in the enclosed, pre-addressed, postage paid envelope.

I _____ am returning the following_____CDs/DVDs received in this case file.

Total # of Disks

_____   _____
Signature                       Date

# Detainee Laptop Issuance Procedures

1. **BEFORE** issuing a laptop to an inmate, the property custodian at the detainment facility **must** boot (power on) the device and verify the Reboot/Restore RX screen appears. The laptop should automatically load Windows 7. The property custodian will certify on the control log ("start time") when this step has been completed.

2. **UPON** receipt of a laptop, the property custodian at the detainment facility **must** shut down (power off) the device. If the laptop was shut down by someone other than the property custodian, the property custodian **must** boot the laptop, verify the Reboot/Restore RX screen appears, and the operating system loads. The property custodian will sign/certify on the control log when this step has been completed.

3. No detainee shall be issued a laptop until the property custodian has properly rebooted the laptop following its previous use. This process protects the integrity of the operating system and mitigates potential of data compromises.

4. **DISCOVERY SHALL NOT BE PRINTED, AND DISKS SHALL NOT BE DUPLICATED OR COPIED IN ANY WAY BY INMATE OR STAFF.** If the disk becomes corrupt, it should be returned to the attorney for the defendant who can request a copy from the U.S. Attorney.